UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JANE DOE, | Case No. 2:13-cv-02323-APG-PAL |
| Plaintiff, | **ORDER** |
| v. | |
| THE LIGHT GROUP, LLC, et al., | |
| Defendants. | |

This matter is before the court on Defendants The Light Group, LLC's, and Club Jungle Management, LLC's, Response (Dkt. #98) to the court's Order (Dkt. #85). The court has considered the Response as well as the Response (Dkt. #97) of witness Andrew Sasson.

On July 3, 2014, the court entered an Order (Dkt. #85) denying without prejudice Plaintiff Jane Doe's Conditional Motion to Seal (Dkt. #69). The Motion sought to seal three pages of the transcript from Andrew Sasson's deposition that Plaintiff' attached as an exhibit to her Opposition (Dkt. #68) to Mr. Sasson's Motion for Protective Order (Dkt. #57) because Defendant The Light Group had designated those pages as confidential pursuant to the parties' Stipulated Protective Order (Dkt. #53). The court found that Plaintiff had not established good cause for sealing the transcript pages and directed Defendant The Light Group to file a memorandum of points and authorities to make a particularized showing of good cause why the transcript pages should remain under seal.

Defendants Light Group's and Club Jungle's Response indicates that they are withdrawing their confidentiality designations as to pages 29, 244, and 245 of the May 27, 2014, deposition of Mr. Sasson, and those pages do not need to remain under seal. In addition, Mr. Sasson's Response indicates he is also withdrawing the confidential designation on those pages.

1       Having reviewed and considered the matter,

2       **IT IS ORDERED** that the Clerk of Court shall unseal the Sealed Brief (Dkt. #86) and make it available on the public record.

4       Dated this 15th day of July, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE