UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JANE DOE,<br><br>                                   Plaintiff,<br><br>   v.<br><br>THE LIGHT GROUP, LLC, et al.,<br><br>                                   Defendants. | Case No. 2:13-cv-02323-APG-PAL<br><br>**ORDER** |

This matter is before the court on Defendants The Light Group, LLC's, and Club Jungle Management, LLC's, Response (Dkt. #106) to the court's Order (Dkt. #96). The court has considered the Response as well as the Response (Dkt. #101) of witness Andrew Sasson.

On July 11, 2014, the court entered an Order (Dkt. #96) denying without prejudice Plaintiff Jane Doe's Conditional Motion to Seal (Dkt. #82). The Motion sought to seal several pages of the transcript from Andrew Sasson's deposition that Plaintiff attached as an exhibit to her Opposition (Dkt. #81) to Defendant Mustafa Abdi's Motion to Quash or Modify Subpoenas (Dkt. #78) because Defendant The Light Group designated those pages as confidential pursuant to the parties' Stipulated Protective Order (Dkt. #53). The court found that Plaintiff had not established good cause for sealing the transcript pages and directed Defendant The Light Group to file a memorandum of points and authorities to make a particularized showing of good cause why the transcript pages should remain under seal.

Defendants Light Group's and Club Jungle's Response indicate that they are withdrawing their confidentiality designations as to pages 244-252 of the May 27, 2014, deposition of Mr. Sasson, and those pages do not need to remain under seal. In addition, Mr. Sasson's Response indicates he is also withdrawing the confidential designation on those pages.

1 | Having reviewed and considered the matter,

2 | **IT IS ORDERED** that the Clerk of Court shall unseal the Sealed Response (Dkt. #87)
3 | and make it available on the public record.

4 | Dated this 21st day of July, 2014.

```
                                              _____
                                              PEGGY A. LEEN
                                              UNITED STATES MAGISTRATE JUDGE
```