FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
ANTHONY B. GOLDEN, ESQ.
Nevada Bar No. 9563
3800 Howard Hughes Parkway
Suite 950
Las Vegas, NV  89169
Telephone:  (702) 252-3131
Facsimile:  (702) 252-7411
E-Mail Address:  smahoney@laborlawyers.com
agolden@laborlawyers.com
Attorneys for Defendants The Light Group and
Club Jungle Management

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE, an individual, | ) |
| | ) Case No. 2:13-cv-02323-APG-PAL |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) **STIPULATION AND ORDER** |
| THE LIGHT GROUP, LLC, a Nevada limited | ) **FOR DISMISSAL** |
| liability company, YSB NIGHTCLUB, LLC | ) |
| d/b/a Light Nightclub, a Nevada limited | ) |
| liability company; CLUB JUNGLE | ) |
| MANAGEMENT LLC, a Nevada limited | ) |
| liability company; CLUB JUNGLE | ) |
| PERFORMERS LLC, a Nevada limited liability | ) |
| company; MUSTAFA ABDI aka MOOSE | ) |
| DIESEL, an individual, | ) |
| | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective counsel of record that this matter be dismissed with prejudice, with each

FPDOCS 30131614.1

- 1 -

party to bear their own costs and attorney's fees.

| CAMPBELL & WILLIAMS | FISHER & PHILLIPS LLP |
|---|---|
| By: /s/ Donald J. Campbell, Esq.<br>700 South Seventh Street<br>Las Vegas, Nevada 89101<br>Attorneys for Plaintiff | By: /s/ Scott M. Mahoney, Esq.<br>3800 Howard Hughes Parkway<br>Suite 950<br>Las Vegas, Nevada 89169<br>Attorneys for Defendants<br>The Light Group, LLC, and<br>Club Jungle Management LLC |

JACKSON LEWIS P.C.

By: /s/ Paul T. Trimmer, Esq.
   3800 Howard Hughes Parkway
   Suite 600
   Las Vegas, Nevada 89169
   Attorneys for Defendant
   Mustafa Abdi

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: September 30, 2014

FPDOCS 30131614.1

- 2 -